IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS P. BLAIR, #201 507 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10-CV-819-TMH |
| | ) [WO] |
| GOV. BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

On January 26, 2011, the Magistrate Judge filed a Recommendation (Doc. 20) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 20) of the Magistrate Judge is ADOPTED; and

2. This case be DISMISSED without prejudice for Plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to properly prosecute this cause of action.

An appropriate judgment will be entered.

Done this the 15th day of March, 2011.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE